**Exhibit A to the Complaint**

**Location:** Stow, MA  **IP Address:** 151.203.62.159
**Total Works Infringed:** 29  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash:<br>281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-30-2023<br>11:41:11 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 2 | Info Hash: C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD<br>File Hash:<br>9897B73C6064F058F61AD4CB95D34AC3AF62427F8B71D67D465E132304F37681 | 04-26-2023<br>10:07:36 | Tushy | 08-09-2017 | 08-17-2017 | PA0002077673 |
| 3 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash:<br>AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 03-23-2023<br>09:50:19 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 4 | Info Hash: 2BEDBBE0800BD3B39FA70096CDF1CDBE9F1CDA3A<br>File Hash:<br>18266B274FB81C997AD2C555D63582A5741308309E3506933969F4CF538AD5C6 | 03-20-2023<br>10:11:31 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 5 | Info Hash: 2B8FBAF88AFCE49CF569799FABC99D77157C7917<br>File Hash:<br>BA647865F9C6F80B469BD9BC64EC18BC828874898DFF2B3AA6D9FECC9D63E7BC | 03-20-2023<br>09:58:03 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 6 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash:<br>6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 03-20-2023<br>09:48:48 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 7 | Info Hash: C1E1082060DFBF7D216FD995D8CCF5A286699309<br>File Hash:<br>CA2A9EB55BC3724F25DCADEB8D631F2E909194D230AE5E1C042A4D0AD938E521 | 03-09-2023<br>11:29:49 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 8 | Info Hash: 0AB9E156B1D25041EF6CF1309825A7FB369882F7<br>File Hash:<br>B563FEA4467629FD146699139F4D92C028292C390BB991CF1E29A23889970EAA | 03-05-2023<br>11:42:41 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 9 | Info Hash: 97411C3987A905CD4C458D6A88BC8EB53796B51B<br>File Hash:<br>169C2D70CE4F3BF1320FE3AB4A5BF7A90BF0429D9734BBF6A872DA7BF3CAA5C0 | 02-24-2023<br>10:48:51 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 10 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash:<br>A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 02-21-2023<br>12:02:15 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 11 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 02-21-2023<br>10:41:53 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 859CE452D047108C0906D5D7D5D566175C2782D0<br>File Hash:<br>631FE77C717D6660123AB8DE8B89644C85A8D0BBCAE9FE2FDC3FE161D89F6A75 | 02-20-2023<br>19:33:45 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 13 | Info Hash: D6C9823E1473D01BA0338A3ED7495F354DB3213C<br>File Hash:<br>8311BA8F5D0F67EC3C68F2380F1F1F581B0957FD1F20270149D1F1774F480134 | 02-20-2023<br>19:11:43 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 14 | Info Hash: D9CB1C2EBE8303087079AF643E4A0EBE32807DAC<br>File Hash:<br>CBE95E297E01C5B597239341A4EF6B7000AA78061E3E7E587CC00547FB2CD05B | 02-11-2023<br>11:00:48 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 15 | Info Hash: 4921C69C7C859498B8BF4A2FB83A9C6AA67D2CEE<br>File Hash:<br>EC1B7612C0DBBD5C4169639D43F31F14FEBE57A1AAA46F4231D33BC5F257BC93 | 02-11-2023<br>10:59:54 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 16 | Info Hash: C50A97142F035C9274F254D942B2345522D8160C<br>File Hash:<br>E102DEE5B7978779E9BB196352C2916F671A0235B243982BBA8CA075337E7BCC | 02-11-2023<br>10:59:46 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 17 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash:<br>DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 02-11-2023<br>10:57:48 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 18 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash:<br>6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 02-11-2023<br>10:57:18 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 19 | Info Hash: 39AD8CEA41CD8C0BF0547408A1684D78BDB4E4E0<br>File Hash:<br>837476FDABB0CC5383D38FEBA967777823E7C10FD7DFF76DA1D661D2388E0224 | 02-11-2023<br>10:51:49 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 20 | Info Hash: 44211E5CC7CB68E1A98D3892E25162BA6D7966CD<br>File Hash:<br>3EE323AC9DA31919F3CEDC069988228CE9DC449E4F56136C5394E9C4C49E8A56 | 02-09-2023<br>21:59:00 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 21 | Info Hash: 48338CA5837B1962CCF0EE7ABCF1C3DDADCCCA0B<br>File Hash:<br>AC7243FE20BFB07C9A63EF2302B32298B9EECD21BC8B32427B696923BF4016DB | 01-22-2023<br>11:56:41 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 22 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash:<br>52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 11-30-2022<br>10:51:24 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 23 | Info Hash: 4898066692E38B50458CF82CFB7F4A3026B4D4C6<br>File Hash:<br>F1CDB9AACEBA170D0E94ACB30E1FEEA93B9637F7851280C1A1A7197AB495EAAB | 11-13-2022<br>12:22:27 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash:<br>E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 11-13-2022<br>12:22:10 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 25 | Info Hash: DFCCBFB7EED852E6617D609C4731A1744A9862A9<br>File Hash:<br>092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 10-30-2022<br>09:43:31 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 26 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash:<br>8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 10-23-2022<br>11:22:41 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 27 | Info Hash: D438D59BE854CC7D23D3F6E82193FE65EC2D560D<br>File Hash:<br>700F72C8084AC76393414F373867DC0F253AE2A45B67311DD30B5DFDE8434885 | 10-20-2022<br>09:42:11 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 28 | Info Hash: 6A5D7DC5B4718A9AEF39008A77415C7C606F9B0D<br>File Hash:<br>A61E419D1D453696C55C3C68DFCE43AC9B3CB3FD1ACC936477CFF73900E89105 | 10-11-2022<br>10:08:17 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 29 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 10-01-2022<br>11:17:26 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |